UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CHUNG LEE,<br><br>                              Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General<br>U.S. Department of Justice, et al.,<br><br>                              Defendants. | Case No.:  22-CV-176 TWR (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING RESPONSE TO COMPLAINT**<br><br>(ECF No. 7) |

Presently before the Court is the parties' Joint Motion to Extend Time for Filing Response to Complaint.  (The "Joint Motion," *see* ECF No. 7.)  Good cause appearing, the Court **GRANTS** the Joint Motion.  Defendants **SHALL FILE** a responsive pleading on or before July 5, 2022.

**IT IS SO ORDERED.**

Dated:  April 8, 2022

_____
Honorable Todd W. Robinson
United States District Judge

1