UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CHUNG LEE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, Attorney General U.S. Department of Justice, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-176 TWR (AHG)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 9) |

　　　Presently before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 9). The Court **VACATES** the hearing set for September 29, 2022 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: September 20, 2022

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Todd W. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge